Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–18164–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ramesh Ramjiawan
  7 Spring Drive
  Dayton, NJ 08810

Social Security No.:
  xxx–xx–0660

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑ A Motion to Dismiss has been filed by Barry W. Frost, Trustee.

☐ An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐ The corporate debtor is self–represented.

  ☑ Other: For failure to appear for the 341(a) meeting of creditors..

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 8/28/18
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Dated: July 18, 2018
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ramesh Ramjiawan
    Debtor

Case No. 18-18164-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 18, 2018
                 Form ID: 170     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
```
db           +Ramesh Ramjiawan,    7 Spring Drive,    Dayton, NJ 08810-1635
517473263    +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
517473264    +Byl Svc,    301 Lacey St,    West Chester, PA 19382-3727
517473265    +Caliber Home Loans Inc.,    PO Box 650856,    Dallas, TX 75265-0856
517473268     Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517473269   #+Fein, Such, Kahn, Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
517473270    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517473274    +Middlesex County Special Civil Part,    P.O. Box 1146,    New Brunswick, NJ 08903-1146
517473275    +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517473276    +Nstar/cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
517473277    +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517473278     Shellpoint Mortgage,    PO Box 740039,    Cincinnati, OH 45274-0039
517517650    +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue Suite 100,    Boca Raton fl 33487-2853
517473279   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. BANK NATIONAL ASSOCIATION,    425 Walnut St.,
               Cincinnati, OH 45202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:33     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517473266    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 18 2018 23:52:28     Caliber Home Loans, In,
               13801 Wireless Way,    Oklahoma City, OK 73134-2500
517473267    +E-mail/Text: bankruptcy.bnc@ditech.com Jul 18 2018 23:50:58     Ditech Financial LLC,
               PO Box 6172,    Rapid City, SD 57709-6172
517473272     E-mail/Text: cio.bncmail@irs.gov Jul 18 2018 23:50:46     Internal Revenue Service,
               44 South Clinton Ave.,    Trenton, NJ 08601
517477298    +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 23:54:25     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517473273*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
517473271*   +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                  Page 2 of 2                   Date Rcvd: Jul 18, 2018
                                  Form ID: 170                 Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              Barry   Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1, by U.S.
               Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor   U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              R. A. Lebron    on behalf of Creditor   FAY SERVICING LLC, as servicer for U.S. ROF IV LEGAL TITLE
               TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov   Rudikh    on behalf of Debtor Ramesh  Ramjiawan yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 7
```