UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
*Attorneys for Creditor,* Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan
By: Jeanette F. Frankenberg, Esq.

| In Re: | Judge: Christine M. Gravelle, U.S.B.J. |
|---|---|
| Ramesh Ramjiawan | Chapter 7 |
| Debtor(s). | Case No.: 18-18164-CMG |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

105 Eisenhower Parkway - Suite 302
Roseland, NJ  07068

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

DATED: July 31, 2018                          Stern Lavinthal & Frankenberg LLC

                                                                      By: */s/ Jeanette F. Frankenberg, Esq.*
                                                                            Jeanette F. Frankenberg, Esq.

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Attorneys for Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2,as owner of the Related Mortgage Loan<br>By: Jeanette F. Frankenberg, Esq. |

| | |
|---|---|
| In Re:<br>    Ramesh Ramjiawan<br><br>              Debtor(s) | Judge: Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7<br><br>Case No.: 18-18164-CMG |

## CERTIFICATION OF SERVICE

1. I, Alicia Moore:

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On July 31, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                        */s/   Alicia Moore*
                                                              Alicia Moore

Dated:  July 31, 2018

201801816

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ramesh Ramjiawan<br>7 Spring Drive<br>Dayton, NJ 08810 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Yakov Rudikh<br>Rudikh and Associates<br>223 Route 18 South<br>Suite 204<br>East Brunswick, NJ 08816 | Debtor's Counsel | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Barry Frost Esq.<br>691 Route 33<br>Trenton, NJ  08619 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.