UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

Order Filed on August 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ramesh Ramjiawan,

Debtor.

Case No.: 18-18164 (CMG)
Chapter 7

Hearing Date: August 14, 2018, at 10:00 a.m.

Judge: Christine M. Gravelle

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: August 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ramesh Ramjiawan

Chapter 7 Case No. 18-18164 (CMG)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

_____

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee or the Chapter 7 trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3), or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **September 25, 2018**; and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727.

United States Bankruptcy Court
District of New Jersey

In re:  
Ramesh Ramjiawan  
  Debtor

Case No. 18-18164-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 17, 2018  
         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.  
db      +Ramesh Ramjiawan,   7 Spring Drive,   Dayton, NJ 08810-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:  
     Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com  
     Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related cmecf@sternlav.com  
     Kevin Gordon McDonald    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Kevin M. Buttery    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust bkyefile@rasflaw.com  
     Laura M. Egerman    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com  
     Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
     R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for U.S. ROF IV LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     Yakov Rudikh    on behalf of Debtor Ramesh  Ramjiawan yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
                                                      TOTAL: 9