# BARRY W. FROST
# CHAPTER 7 TRUSTEE

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, N.J. 08648
(p)(609)890-1500
(f) (609)890-6961

August 27, 2018

<u>Via ECF</u>

Clerk of the Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ  08608

    <u>Re:</u>    **Debtor:  Ramesh Ramjiawan**
              **Case No. 18-18164 (CMG)**

**<u>WITHDRAWAL of Motion to Dismiss Case by Trustee (Docket No. 22)</u>**

Dear Sir or Madam:

    On July 16, 2018, the Trustee filed a motion to dismiss the Debtor's Chapter 7 petition (*see* Docket No. 22) in the above referenced bankruptcy matter.  It is requested at this time that this motion be withdrawn.

    Please contact me if you have any questions or require additional information.

                                         Very truly yours,

                                         /s/ Barry W. Frost

                                         Barry W. Frost