**Order Filed on August 28, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ 07068<br>Telephone Number (973) 797-1100<br>Telecopier Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2,as owner of the Related Mortgage Loan<br>By: Jeanette F. Frankenberg, Esq. |

In Re:

    Ramesh Ramjiawan

          Debtor(s)

Case No.18-18164-CMG
Chapter: 7
Hearing Date: August 28, 2018
Judge: Christine M. Gravelle

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 28, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Ramesh Ramjiawan
Case No.: 18-18164-CMG
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Federal

Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer

Trust, Series 2017-2,as owner of the Related Mortgage Loan, on behalf of itself and its successors

and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy

Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set

forth, and for cause shown,

ORDERED as follows:

1.   The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the

movant its successors and/or assigns to institute or resume and prosecute to conclusion one or

more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the

movant upon the following:

Land and premises commonly known as **172 Rutgers Street, New Brunswick, NJ  08901**

2.   The movant may join the debtor and any trustee appointed in this case as

defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who

entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the

real property described above, including but not limited to repayment agreement, loan modification, short

sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-18164-CMG
Ramesh Ramjiawan                                                    Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 29, 2018
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db              +Ramesh Ramjiawan,    7 Spring Drive,    Dayton, NJ 08810-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
          Barry Frost    trustee@teichgroh.com,    NJ94@ecfcbis.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit
           Risk Transfer Trust, Series 2017-2, as owner of the Related cmecf@sternlav.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S.
           Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for U.S. ROF IV LEGAL TITLE
           TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov Rudikh    on behalf of Debtor Ramesh  Ramjiawan yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                              TOTAL: 9