UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: | : | Case No. 18-18164 (CMG) |
| | : | Chapter 7 |
| | : | |
| Ramesh Ramjiawan, | : | The Honorable Christine M. Gravelle |
| | : | |
| Debtor. | : | |
| | : | |

**APPLICATION FOR THE ENTRY OF A CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO NOVEMBER 27, 2018**

The Acting United States Trustee, by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. § 586 (a)(3) and (5), hereby respectfully submits this Application for the entry of the Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to November 27, 2018.

In support of this Application, the Acting United States Trustee ("UST") respectfully represents as follows:

1. On April 24, 2018, Ramesh Ramjiawan ("Debtor") filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code.

2. On April 25, 2018, Barry Frost, Esq. was appointed as the chapter 7 trustee. The meeting of creditors pursuant to 11 U.S.C. § 341(a) was originally scheduled for May 23, 2018, and subsequently held on August 22, 2018.

3. The deadline to oppose discharge or dischargeability was set for July 23, 2018, and extended to September 25, 2018, by Order entered on August 16, 2018.

4. An independent review conducted by the Office of the United States Trustee of the Debtor's Petition, Schedules, Statement of Financial Affairs, and Means Test identified this case as a possible candidate for dismissal pursuant to U.S.C. § 707(b)(1) and (3) or objection to discharge under 11 U.S.C. § 727.

5. On August 15, 2018, the UST, by and through counsel, issued a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* ("Subpoena") to the Debtor seeking information related to the Debtor's income, monthly expenses, assets, and liabilities. Documents were due by September 4, 2018, pursuant to the Subpoena.

6. The UST extended the deadline to produce documents pursuant to the Subpoena to September 21, 2018.

7. The UST has secured the consent of Debtor's counsel to extend the time to file a motion to dismiss for abuse under 11 U.S.C. § 707(b)(1) and (3) and to extend the time to file a complaint objecting to discharge under 11 U.S.C. § 727 for approximately 60 days to **November 27, 2018.**

8. Accordingly, the UST requests the entry of the attached proposed consent order as discovery is ongoing in this matter.

>Respectfully submitted,
>ANDREW R. VARA
>ACTING UNITED STATES TRUSTEE
>REGION 3
>
>By: */s/Michael A. Artis*
>  Michael A. Artis
>  Trial Attorney

DATED: September 25, 2018