UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  RAMESH RAMJIAWAN,

Case No.: 18-18164
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 9/26/18, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on October 30, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1. 7 Spring Drive, Dayton, NJ - $338,000
2. 172 Rutgers Street, New Brunswick, NJ - $175,000
3. 170 Rutgers Street, New Brunswick, NJ - $172,000
4. 193 Lawrence Street, New Brunswick, NJ - $452,263
5. 181 Lawrence Street, New Brunswick, NJ - $157,000

Liens on property:
1. $353,000
2. $196,000
3. $338,000
4. $772,000
5. $321,000

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Ramesh Ramjiawan  
    Debtor

Case No. 18-18164-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Sep 26, 2018  
                       Form ID: pdf905     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db             +Ramesh Ramjiawan,    7 Spring Drive,    Dayton, NJ 08810-1635
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517473263      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
517473264      +Byl Svc,    301 Lacey St,    West Chester, PA 19382-3727
517473265      +Caliber Home Loans Inc.,    PO Box 650856,    Dallas, TX 75265-0856
517473268       Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517473269     #+Fein, Such, Kahn, Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
517473270      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517473274      +Middlesex County Special Civil Part,    P.O. Box 1146,    New Brunswick, NJ 08903-1146
517473275      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517473276      +Nstar/cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
517473277      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517473278       Shellpoint Mortgage,    PO Box 740039,    Cincinnati, OH 45274-0039
517517650      +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue Suite 100,    Boca Raton fl 33487-2853
517473279     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. BANK NATIONAL ASSOCIATION,    425 Walnut St.,
                 Cincinnati, OH 45202)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517473266      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 27 2018 00:30:59     Caliber Home Loans, In,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
517473267      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 27 2018 00:29:36     Ditech Financial LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
517473272       E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 00:29:21     Internal Revenue Service,
                 44 South Clinton Ave.,   Trenton, NJ 08601
517477298      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:19     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517473273*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
517473271*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: pdf905          Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:

```
          Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit
           Risk Transfer Trust, Series 2017-2, as owner of the Related cmecf@sternlav.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. ROF IV Legal Title Trust 2015-1, by U.S.
           Bank National Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          R. A. Lebron    on behalf of Creditor    FAY SERVICING LLC, as servicer for U.S. ROF IV LEGAL TITLE
           TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    PLANET HOME LENDING, LLC, as servicer for HMC ASSETS, LLC
           SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIX TRUST bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov   Rudikh    on behalf of Debtor Ramesh  Ramjiawan yrudikh@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 10
```