UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                     Case no.:     18-18164

Ramesh Ramjiawan             Chapter:     7

                                          Judge:     Gravelle

                      Debtor(s)

## CERTIFICATION OF NO OBJECTION

I ____Gary A. Nau____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):

7 Spring Drive, Dayton, NJ
172 Rutgers Street, New Brunswick, NJ
170 Rutgers Street, New Brunswick, NJ
193 Lawrence Street, New Brunswick, NJ
181 Lawrence Street, New Brunswick, NJ

JEANNE A. NAUGHTON, Clerk

Date: 10/24/2018                            By: Gary A. Nau

*rev.2/10/17*