UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Martha.Hildebrandt@usdoj.gov

**Order Filed on February 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ramesh Ramjiawan,

Debtor.

Case No.: 18-18164 (CMG)
Chapter 7

Hearing Date: February 26, 2019, at 10:00 a.m.

Judge: Christine M. Gravelle

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER
11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: February 27, 2019**

*[signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Ramesh Ramjiawan

Chapter 7 Case No. 18-18164 (CMG)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

___

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee or the Chapter 7 trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3), or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **April 2, 2019**; and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727.