UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No. 18-18164 (CMG) |
| | : | Chapter 7 |
| Ramesh Ramjiawan, | : | The Honorable Christine M. Gravelle |
| | : | |
| Debtor. | : | |

### APPLICATION FOR THE ENTRY OF A CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 4, 2019

The Acting United States Trustee, by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. § 586 (a)(3) and (5), hereby respectfully submits this Application for the entry of the Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to June 4, 2019.

In support of this Application, the Acting United States Trustee ("UST") respectfully represents as follows:

1. On April 24, 2018, Ramesh Ramjiawan ("Debtor") filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code.

2. On April 25, 2018, Barry Frost, Esq. was appointed as the chapter 7 trustee. The

meeting of creditors pursuant to 11 U.S.C. § 341(a) was originally scheduled for May 23, 2018, and subsequently held on August 22, 2018.

3. The deadline to oppose discharge or dischargeability was set for July 23, 2018, and extended to September 25, 2018, by Order entered on August 16, 2018.

4. An independent review conducted by the Office of the United States Trustee of the Debtor's Petition, Schedules, Statement of Financial Affairs, and Means Test identified this case as a possible candidate for dismissal pursuant to U.S.C. § 707(b)(1) and (3) or objection to discharge under 11 U.S.C. § 727.

5. On August 15, 2018, the UST, by and through counsel, issued a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* ("Subpoena") to the Debtor seeking information related to the Debtor's income, monthly expenses, assets, and liabilities. Documents were due by September 4, 2018, pursuant to the Subpoena.

6. The UST extended the deadline to produce documents pursuant to the Subpoena to September 21, 2018.

7. On September 25, 2018, a Consent Order was entered extending the deadline to file a motion to dismiss for abuse under 11 U.S.C. § 707(b)(1) and (3) and to extend the time to file a complaint objecting to discharge under 11 U.S.C. § 727 to November 27, 2018.

8. On November 27, 2018, the UST, by and through counsel, filed a motion to extend the time to file a motion to dismiss for abuse under 11 U.S.C. § 707(b)(1) and (3) and to extend the time to file a complaint objecting to discharge under 11 U.S.C. § 727 to January 29, 2019, which was granted by Order entered on January 8, 2019.

9. On December 7, 2018, the UST, by and through counsel, issued a *Subpoena for Rule 2004 Examination* ("Rule 2004 Subpoena") to the Debtor. The Debtor was required to appear for

examination on January 10, 2019, pursuant to the Rule 2004 Subpoena.

    10. Due to scheduling conflicts and the partial government shutdown, on January 29, 2019, the UST, by and through counsel, filed a motion to further extend the time to file a motion to dismiss for abuse under 11 U.S.C. § 707(b)(1) and (3) and to extend the time to file a complaint objecting to discharge under 11 U.S.C. § 727 to April 2, 2019, which was granted by Order entered on February 27, 2019.

    11. The UST has secured the consent of Debtor's counsel to further extend the time to file a motion to dismiss for abuse under 11 U.S.C. § 707(b)(1) and (3) and to extend the time to file a complaint objecting to discharge under 11 U.S.C. § 727 for approximately 60 days to **June 4, 2019.**

    12. Accordingly, the UST requests the entry of the attached proposed consent order as discovery is ongoing in this matter.

                                           Respectfully submitted,
                                           ANDREW R. VARA
                                           ACTING UNITED STATES TRUSTEE
                                           REGION 3

                                           By: */s/Michael A. Artis*
                                                 Michael A. Artis
                                                 Trial Attorney

DATED:   March 29, 2019