UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

| | |
|---|---|
| In Re:<br><br>Ramesh Ramjiawan,<br><br>Debtor. | Case No.: 18-18164 (CMG)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Honorable Christine M. Gravelle |

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 4, 2019

I certify that with respect to the Consent Order <u>Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to June 4, 2019</u> submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐  (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒  (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date:  <u>March 29, 2019</u>        */s/Michael A. Artis*
                                    Signature of Attorney

rev.8/1/15