UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

**Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ramesh Ramjiawan,

Debtor.

Case No.: 18-18164 (CMG)

Chapter 7

Hearing Date:

Judge: Honorable Christine M. Gravelle

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO JUNE 4, 2019**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 29, 2019**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Ramesh Ramjiawan

Chapter 7 Case No.:18-18164 (CMG)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to June 4, 2019**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and the law firm of Rudikh & Associates, LLC, counsel for the Debtor, (Yakov Rudikh, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **June 4, 2019**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

The form and entry of the order is hereby acknowledged and agreed to:

Yakov Rudikh
Rudikh & Associates, LLC
Attorney for the Debtor

By: */s/Yakov Rudikh*
    Yakov Rudikh
    Attorney for the Debtor

Without Objection:

Andrew R. Vara
Acting United States Trustee, Region 3

By: */s/Michael A. Artis*
    Michael A. Artis
    Trial Attorney